**No. 10-9035. Timothy J. Mitts, Petitioner v. United States.**

563 U.S. 1007, 131 S. Ct. 2924, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3938.

May 23, 2011. The motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until June 13, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9637. Soloman Stanton, Petitioner v. Carol Adrianne Stanton, et al.**

563 U.S. 1007, 131 S. Ct. 2924, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3987.

May 23, 2011. The motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until June 13, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-577. Akio Kawashima, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1007, 131 S. Ct. 2900, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3840.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 1 presented by the petition.

Same case below, 615 F.3d 1043.

**No. 10-765. Cynthia Young, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Verizon's Bell Atlantic Cash Balance Plan, et al.**

563 U.S. 1007, 131 S. Ct. 2924, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3982, ▪

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 808.

**No. 10-828. Michael Mead, Petitioner v. City of Cotati, California, et al.**

563 U.S. 1007, 131 S. Ct. 2900, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3964.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 637.

**No. 10-835. Kevin Tucker, Petitioner v. John Cason, Warden.**

563 U.S. 1008, 131 S. Ct. 2901, 179 L. Ed. 2d 1245, 2011 U.S. LEXIS 3892.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 393 Fed. Appx. 334.